03/28/12 7:57 AM Case 1:12-cv-00684-WJM-MJW Document 8 Filed 03/28/12 USDC Colorado Page 1 of 3 Page 2

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 2 8 2012

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-00684-WJM-MJW

BRIAN DEMAESTRI,

Plaintiff,

-v-

MACHOL & JOHANNES, LLC. and
JACQUES A. MACHOL III, Esq. # 8382,

Defendant's.

## PROOF OF SERVICE

DeMaestri v. Machol & Johannes LLC
Proof of Service

Brian DeMaestri
9901 E Evans Ave. 23D
Denver, CO 80247

Page 1 of 2

MAR-28-2012 08:10 95% P.02

03/28/12 11:37AM Case 1:12-cv-00684-WJM-MJW Document 8 Filed 03/28/12 USDC Colorado Page 2 of 3 Page 3

USPS.com® - Track & Confirm https://tools.usps.com/go/TrackConfirmAction.action

English Customer Service USPS Mobile Register / Sign In

USPS

Search USPS.com or Track Packages

Quick Tools Ship a Package Send Mail Manage Your Mail Shop Business Solutions

# Track & Confirm

PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 70112000000039234918 | First-Class Mail® | Delivered | March 20, 2012, 10:42 am | DENVER, CO 80202 | Expected Delivery By: March 20, 2012 Certified Mail™ Return Receipt |
| | | Depart USPS Sort Facility | March 20, 2012 | DENVER, CO 80266 | |
| | | Processed at USPS Origin Sort Facility | March 20, 2012, 6:11 am | DENVER, CO 80266 | |
| | | Dispatched to Sort Facility | March 19, 2012, 7:54 pm | DENVER, CO 80237 | |
| | | Acceptance | March 19, 2012, 2:45 pm | DENVER, CO 80237 | |

**Check on Another Item**

What's your label (or receipt) number?

Find

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

Copyright© 2012 USPS. All Rights Reserved.

7011 2000 0000 3923 4918

DENVER CO 80202

$1.70 0069

$2.95 07

$2.35

$0.00

$7.00 03/19/2012

1 of 1 3/28/2012 8:44 AM

MAR-28-2012 08:10 95% P.03

# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO
# FACSIMILE COVER SHEET

1. Date of Transmission:

   [illegible] 3/28/12

2. Name of party making the transmission:

   BRIAN DEMAESTRI,

   Facsimile number: 720-535-6656 (call first) Telephone number: 720-535-6656

3. Case number, caption and title of pleading or paper:

   1:12-cv-00684-WMJ-MJW,

   BRIAN DEMAESTRI v. MACHOL & JOHANNES LLC, ET AL.,

   PROOF OF SERVICE.

4. Number of pages being transmitted, including facsimile cover sheet: 3

   Instructions: Proof of Service showing date of Defendants receipt of service as March [illegible], 2012