UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
FACSIMILE COVER SHEET

SCANNED

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**APR 1 1 2012**

**GREGORY C. LANGHAM**
CLERK

1. Date of Transmission:

    4/11/12

2. Name of party making the transmission:

    BRIAN DEMAESTRI,

    Facsimile number: 720-535-6656 (call first)   Telephone number: 720-535-6656

3. Case number, caption and title of pleading or paper:

    1:12-cv-00684-WJM-MJW.

    BRIAN DEMAESTRI v. MACHOL & JOHANNES, LLC., ET AL,

    MOTION FOR ENTRY OF DEFAULT JUDGMENT

4. Number of pages being transmitted, including facsimile cover sheet: 4

    Instructions:  Please disregard and don't file the Motion for Entry of Default

    Judgment sent yesterday. The Defendants put their answer in at the very last

    moment. Thank you