# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2012 APR 20 AM 9:07
GREGORY C. LANGHAM
CLERK
BY_____DEP. CLK

Civil Action No. 1:12-cv-00684-WJM-MJW

BRIAN DEMAESTRI,

    Plaintiff,

-v-

MACHOL & JOHANNES, LLC. and
JACQUES A. MACHOL III, Esq. # 8382,

    Defendant's.

---

### PLAINTIFF'S MOTION TO STRIKE THE ANSWER OF DEFENDANTS' MACHOL & JOHANNES, LLC. AND JACQUES A. MACHOL III, ESQ.

---

### Relief Sought

Plaintiff moves the court for an order striking Defendants' FIRST, SECOND, THIRD, FOURTH, FIFTH, SIXTH and SEVENTH Affirmative Defenses from their Answer (Doc. 9) pursuant to FED. R. CIV. P. 12(f).

### Grounds for Relief

The grounds for this Motion are explained in the accompanying Memorandum of Law in support of this Motion.

### Record Supporting Motion

This Motion is based on this Notice of Motion, exhibits and case law submitted herewith, and the pleadings and papers on file in this action and upon further evidence that may be presented at the time of oral hearing on this matter, if any is held.

DeMaestri v. Machol & Johannes, LLC., et al
Plaintiff's Motion to Strike Defendants' Affirmative Defenses

Brian DeMaestri
9901 E. Evans Ave. 23D
Denver, CO 80247

Page 1 of 2

Respectfully submitted this 20th day of April, 2012.

_____
Brian DeMaestri
9901 E. Evans Ave. #23 D
Denver CO, 80247

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the document above was mailed USPS first class mail to the person(s) listed below:

Joseph J. Lico, Esq.
621 Seventeenth Street, Suite 1800
Denver, Colorado 80293

JLico@Alp-pc.com

_____
Plaintiffs Original Signature

DeMaestri v. Machol & Johannes, LLC., et al
Plaintiff's Motion to Strike Defendants' Affirmative Defenses

Brian DeMaestri
9901 E. Evans Ave. 23D
Denver, CO 80247

Page 2 of 2