IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No.  12-cv-00684-WJM-MJW

BRIAN DeMAESTRI,

Plaintiff(s),

v.

MACHOL & JOHANNES, LLC, and,
JACQUES A. MACHOL, III,

Defendant(s).

## MINUTE ORDER

      It is hereby ORDERED that the Pro Se Plaintiff's Motion to Strike Answer of Defendants' Machol & Johannes, LLC. and Jacques A. Machol, III, Esq. (docket no. 11) is DENIED for those reasons as outlined in the Response (docket no.13) and for those additional reasons as outlined in Magistrate Judge Hegarty's Order (docket no. 16) in the case of Janice Michaud v. Greenberg & Sada, P.C. and Alpine Credit, Inc. Case No. 11-cv-01015-RPM-MEH, which this court incorporates by reference as my basis for denying the subject motion (docket no. 11).

Date:  May 14, 2012